■ MANOU PARTOW, Appellant, v. COMMUNITY HOSPITAL AT GLEN COVE et al., Defendants, and BETTY A. CONWELL et al., Respondents.— Motion by respondents to dismiss appeal, denied. Cross motion by appellant to discontinue the appeal, granted; appeal discontinued, without costs. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.

■ LOUISE WOLBERT, Appellant, v. GEORGE A. WOLBERT, Respondent.— Motion by defendant to withdraw a prior motion and to dismiss plaintiff's appeal upon the ground that the notice of appeal was not timely served, granted; appeal dismissed, without costs, and without prejudice to a new application by plaintiff at Special Term, if she be so advised, for the relief sought. The appeal sought to be taken herein is from an order which denied plaintiff's application for sequestration. Such denial was not on the merits but upon the erroneous assumption that relief had been granted some three years earlier by a decision made by another Justice, on a prior application. Such decision, however, was never implemented by an order, and recently the Justice who rendered the decision refused to sign an order thereon upon the ground that the lapse of time had caused the prior application to be abandoned. Since plaintiff's application for sequestration was never disposed of on the merits she may, if so advised, apply to Special Term *de novo* (see *Wolbert* v. *Wolbert*, 15 A D 2d 935 herewith). Beldock, P. J., Ughetta, Kleinfeld, Brennan and Hill, JJ., concur.

■ FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF PORT JERVIS, Respondent, v. MICHAEL CATALANO, Appellant, et al., Defendants.— Motion by respondent to dismiss appeal of the defendant Catalano, granted with $10 costs; appeal dismissed. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ VINCENT LOMAX, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion by respondent to dismiss appeal granted; appeal dismissed. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ WALTER POWELL, Respondent, v. FREDERICK J. MAYHEW, Respondent, and MAJORIE BOETTJER, Appellant. (Action No. 1.) MAJORIE BOETTJER et al., Appellants, v. FREDERICK J. MAYHEW, Respondent. (Action No. 2.) Motions by respondent Frederick J. Mayhew to dismiss appeals granted, with $10 costs; appeals dismissed. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ ROSE RUGGIERE, Appellant, v. ACADIA SKYLIGHT AND METAL WORKS, INC., et al., Respondents.—Motion by respondent Acadia Skylight and Metal Works, Inc., to dismiss appeal granted, with $10 costs; appeal dismissed. Beldock, P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL UMBERS, Appellant.— Motion by appellant for further reargument of his appeal, denied. Beldock, P. J., Ughetta, Christ, Hill and Hopkins, JJ., concur.